**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-7932**

───────────

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

MARK BELLAMY, a/k/a Big Mark,

                    Defendant - Appellant.


───────────

Appeal from the United States District Court for the District of
South Carolina, at Florence.  C. Weston Houck, Senior District
Judge.  (4:03-cr-00474-CWH-3)

───────────

Submitted:  February 27, 2014          Decided:  March 5, 2014

───────────

Before NIEMEYER, KING, and AGEE, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Mark Bellamy, Appellant Pro Se.  Alfred William Walker Bethea,
Jr., Assistant United States Attorney, Florence, South Carolina,
for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Bellamy appeals the district court's orders denying his motion to compel and denying his motion for reconsideration. We have reviewed the record and the district court's orders and affirm for the reasons cited by the district court. See United States v. Bellamy, No. 4:03-cr-00474-CWH-3 (D.S.C. Aug. 9, 2013, Nov. 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED